AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 21, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| JYJY JONES<br>*Plaintiff*<br>v.<br><br>JOHN HAMILL, MARK STRONG, BILL VAN HOOK,<br>TODD DUBBLE, and AL NERIO<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:25-cv-381-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The Third Amended Complaint, ECF No. 14, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   EDWARD F. SHEA

Date:   4/21/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*